**Stephen P. May, by Catherine A. May, His Mother, Next Friend, and Guardian, Plaintiff-Appellee, v. Sears, Roebuck and Co., Defendant-Appellant.**

**Gen. No. 67–63.** 

Second District.

June 24, 1968.

Rehearing denied July 19, 1968.

Arnstein, Gluck, Weitzenfeld and Minow, and Eugene J. Kelley, Jr., of Chicago, for appellant; Peregrine, Stime and Henninger, of Wheaton, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.